UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jane Doe
*individually and on behalf of
all others similarly situated*

      Plaintiff

  v.                                              Civil Action No. 1:23-10080-RGS

Cape Cod Healthcare, Inc.

      Defendant

ORDER OF REMAND

January 25, 2023

STEARNS, D.J.

In accordance with the court's Electronic Order [Dkt. # 10] entered on January 25, 2023, it is ORDERED that the above-entitled action be, and hereby is, REMANDED to the Barnstable Superior Court.

                                                                      By the court,

                                                                      /s/ Arnold Pacho
                                                                      Deputy Clerk