# United States Court of Appeals
## For the First Circuit

No. 23-1149

JANE DOE, individually and on behalf of all others similarly situated,

Plaintiff - Appellee,

v.

CAPE COD HEALTHCARE, INC.,

Defendant - Appellant.

**JUDGMENT**

Entered: June 7, 2023
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(1) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Jonathan Tucker Merrigan
Foster Calhoun Johnson
David Warden
Nathan Campbell
Adam J. Bookbinder
Justin Joseph Wolosz
Timothy J. Lowe